IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| HENRIETTA DARPOH and <br> VIRGINIE MASSEH, <br>       Plaintiffs, <br><br> v. <br><br> YESCARE CORP. and <br> CHS TX, INC. d/b/a YESCARE, <br>       Defendants. | Case No. 1:25-CV-00072 |

### DEFENDANTS' CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1(a) and Local Rule 103.3, Defendants YesCare Corp. and CHS TX, Inc. d/b/a YesCare (collectively "Defendants"), state as follows:

**Corporate Affiliation**

Defendant CHS TX, Inc. d/b/a YesCare is a subsidiary of YesCare Corp. Defendants further identify the following affiliates of Defendants, and further identify the citizenship of each affiliate in parentheses:

- YesCare Holdings, LLC (New York)
- CHS AL, LLC (Alabama)
- CHSAZ, LLC (Arizona)
- YesCare AR, LLC (Arizona)
- CHS DE, LLC (Delaware)
- CHS CO, LLC (Colorado)
- CHS FL, LLC (Florida)
- CHS GA, LLC (Georgia)
- Corizon Health of New Mexico, LLC (New Mexico)
- CHS IL, LLC (Illinois)
- CHS IN, LLC (Indiana)
- CHS KS, LLC (Kansas)
- CHS KY, LLC (Kentucky)
- CHS MD, LLC (Maryland)
- CHS MA, LLC (Massachusetts)
- CHS MN, LLC (Minnesota)
- CHS MS, LLC (Mississippi)
- CHS MO, LLC (Missouri)

- CHS NV, LLC (Nevada)
- CHS NH, LLC (New Hampshire)
- CHS New Jersey, LLC (New Jersey)
- CHS Care NY, LLC (New York)
- CHS OK, LLC (Oklahoma)
- CHS PA, LLC (Pennsylvania)
- CHS TN, LLC (Tennessee)
- CHS Care TX, LLC (Texas)
- CHS VA, LLC (Virginia)
- YESCARE PROFESSIONAL SOLUTIONS, LLC (New York)

Defendants further state that there are no publicly held companies that own 10% or more of the stock of CHS TX, Inc. or YesCare Corp.

**Financial Interests in the Outcome of the Litigation**

The following corporation, unincorporated association, partnership or other business entity which is not a party may have a financial interest in the outcome of this litigation: Landmark American Insurance Company.

Dated:  February 5, 2025

Respectfully submitted,

OGLETREE, DEAKINS, NASH, SMOAK
 & STEWART, P.C.

*/s/*
Patrick F. Hulla, MO Bar No. 41745
(*pro hac vice forthcoming*)
Ogletree, Deakins, Nash, Smoak & Stewart, P.C
700 W. 47th St., Suite 500
Kansas City, MO  64112
Telephone: (816) 410-2226
Facsimile: (816) 471-1303
patrick.hulla@ogletree.com

Evan L. Conder, Bar No. 21907
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
1 South St., Suite 1800
Baltimore, MD  21202
Telephone: 410-752-1040
Facsimile:  410-752-6200
evan.conder@ogletree.com

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of February, 2025, I caused the above and foregoing to be electronically filed using the Court's CM/ECF system, which will automatically send email notification to the following counsel of record for Plaintiff:

Edith K. Thomas, Esq.
Thomas J. Eiler, Esq.
ZIPIN, AMSTER & GREENBERG, LLC
8757 Georgia Ave., Suite 400
Silver Spring, MD  20910
ethomas@zagfirm.com
teiler@zagfirm.com

*Attorneys for Plaintiffs*

/s/
Evan L. Conder